# First District Court of Appeal
## State of Florida

_____

No. 1D2026-0047
_____

L.P., Mother of J.S., Minor
Child,

    Appellant,

    v.

Department of Children and
Families,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Barbara Kaye Hobbs, Judge.


July 21, 2026

Per Curiam.

    Affirmed.

Roberts, Rowe, and Kelsey, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Candice Kaye Brower, Criminal Conflict and Regional Conflict Counsel, Ronald P. Newlin, Anne Marie Perine, and Eric Emery, Assistant Regional Conflict Counsel, Tallahassee, for Appellant.

SaVannah Bentley, General Counsel, Tallahassee; Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee, for Appellee Department of Children and Families.

Sarah Elizabeth Goldfarb, Statewide Director of Appeals, Sarah Todd Weitz, Senior Attorney, Statewide Guardian ad Litem Office, and Kirsten Hope Matthis, Pro Bono, Defending Best Interest, Statewide Guardian ad Litem Office, Tallahassee, for Appellee Guardian ad Litem.